IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BEATRICE HUDSON,                    )
                                   )
              Plaintiff,           )              8:07cv132
                                   )
         vs.                       )        MEMORANDUM AND ORDER
                                   )
GERALD E. MORAN, et al.,           )
                                   )
              Defendants.          )


        This matter is before the court on filing no. 4, the Memorandum and Order in which
I gave the plaintiff a deadline to pay the filing fee in this case, in the absence of which this
case would be subject, without further notice, to dismissal without prejudice for lack of
prosecution.  The plaintiff has not paid the filing fee, and the deadline set in filing no. 4 has
expired.  Pursuant to 28 U.S.C. § 1915(e)(2), and because the plaintiff has failed to
prosecute this case with diligence, the plaintiff's complaint and the above-entitled case are
dismissed without prejudice.  A separate judgment will be entered accordingly.

        SO ORDERED.

        May 7, 2007.                      BY THE COURT:


                                          s/ *Richard G. Kopf*
                                          United States District Judge